**Willie J. HAMILTON, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 04–3215.**

United States Court of Appeals, Federal Circuit.

DECIDED: July 8, 2004.

Willie J. Hamilton, of Counsel, Omaha, NE, for Petitioner.

*ORDER*

The court has received and filed the requisite filing fee.

Accordingly,

IT IS ORDERED THAT:

(1) The order of dismissal issued May 19, 2004 is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due within 21 days from the date of filing of this order.

**John R. BITARE, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 04–3261.**

United States Court of Appeals, Federal Circuit.

DECIDED: July 8, 2004.

Richard P. Schroeder, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Richard M. Wilner, Principal Attorney, Wilner & O'Reilly, Cerritos, CA, for Petitioner.

*ORDER*

The court has received and filed the filing fee, Petitioner's Fed. Cir. R. 15(c) Statement Concerning Discrimination, and counsel's Entry of Appearance.

Accordingly,

IT IS ORDERED THAT:

(1) The order of dismissal issued June 16, 2004 is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due within 60 days from the date of filing of this order.